No. 97–826. AT&T CORP. ET AL. *v.* IOWA UTILITIES BOARD ET AL.; and AT&T CORP. ET AL. *v.* CALIFORNIA ET AL.;
No. 97–829. MCI TELECOMMUNICATIONS CORP. *v.* IOWA UTILITIES BOARD ET AL.; and MCI TELECOMMUNICATIONS CORP. *v.* CALIFORNIA ET AL.; and
No. 97–831. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* IOWA UTILITIES BOARD ET AL.; and FEDERAL COMMUNICA-

TIONS COMMISSION ET AL. *v.* CALIFORNIA ET AL. C. A. 8th Cir. Motions of petitioners to expedite consideration of petitions for writs of certiorari granted, and the several petitions for writs of certiorari will be considered by the Court at its January 23, 1998, conference. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.